IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Civil No. 4:24-cv-242 |
| ) | |
| v.    ) | |
| ) | VERIFIED COMPLAINT FOR |
| SIX FIREARMS AND AMMUNITION    ) | FORFEITURE IN REM |
| SEIZED FROM TYLER HAMMOND,    ) | |
| ) | |
| Defendants.    ) | |

Plaintiff, the United States of America, hereby files and serves this VERIFIED
COMPLAINT IN REM and alleges as follows:

## I.    NATURE OF THE ACTION

1.      This is an action to forfeit and condemn specific property to the use and
benefit of the United States of America (hereinafter "United States") for involvement
in various violations of 18 U.S.C. §§ 922 and 924 and 21 U.S.C. § 881(a)(11), as set
forth herein.

2.      The firearms and ammunition, described more fully below, are subject
to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as firearms involved in or used in
knowing violations of 18 U.S.C. §§ 922 and 924, as set forth herein.

3.      The firearms, described more fully below, are also subject to forfeiture
pursuant to 21 U.S.C. § 881(a)(11) as firearms used or intended to be used to facilitate
the sale, receipt, and possession of controlled substances manufactured, distributed,
dispensed, and acquired in violation of federal law, as set forth herein.

## II.   DEFENDANT IN REM

4.    The property involved consists of the following firearms and ammunition

(hereinafter the "Defendant Property"):

| No. | Firearm | Description | Serial No. |
|---|---|---|---|
| 1 | Canik, Model TP-9SF | 9mm caliber pistol | 21AT27125 |
| 2 | Smith & Wesson, Model M&P 5 | 5.56x45 caliber pistol | TV56977 |
| 3 | Springfield (HS Produkt), Model XDS MOD 2 | 9mm caliber pistol | BA134824 |
| 4 | Hatsan Arms Company, Model Escort | 12-gauge shotgun | 938032 |
| 5 | Glock, Model 35 Gen 4 | .40 caliber pistol | YNC666 |
| 6 | Canik, Model TP-9SF | 9mm caliber pistol | 20AT29474 |
| Hundreds of rounds of ammunition seized from Tyler Hammond between May 6, 2022, and August 18, 2022. | | | |

The United States also seeks forfeiture of associated parts of these firearms,

such as magazines and holsters.

## III.   JURISDICTION AND VENUE

5.    This Court has jurisdiction over a civil action commenced by the United

States of America under 28 U.S.C. § 1345 and over an action for forfeiture under 28

U.S.C. § 1355(a).

6.    This Court has in rem jurisdiction and venue over the Defendant

Property under 28 U.S.C. §§ 1355(b) and 1395(b) as the acts or omissions giving rise

to the forfeiture occurred in this District, and because the Defendant Property was

seized from and is located in this District.

## IV.   FACTS

7.    The United States believes, based on available knowledge, information,

and belief, that the following factual contentions have evidentiary support, or will likely have evidentiary support after a reasonable opportunity for investigation and discovery, and support the civil forfeiture of the Defendant Property from the people involved in the criminal activities discussed herein.

8.     For several months in 2022, Tyler Hammond (hereinafter "Hammond") was repeatedly seen by law enforcement in possession of firearms, though he was prohibited by law from doing so, as discussed more fully below.

9.     As used herein, the term "prohibited person" means a person legally prohibited from owning a firearm or ammunition.

### A.     May 6, 2022, Seizure of Ammunition and Four (4) Firearms

10.     In May 2022, law enforcement sought a search warrant for Hammond's residence based on information that he was trafficking firearms and methamphetamine. Information known to law enforcement included a report that some people, including Hammond's then-girlfriend, purchased firearms for him to sell and trade for methamphetamine.

11.     On May 6, 2022, a state search warrant seeking evidence of drug crimes was executed at Hammond's residence in Story City, Iowa, in the Southern District of Iowa, and he was found in possession of four (4) firearms:

a)     A Springfield (HS Produkt), Model XDS MOD 2, 9mm caliber pistol, (SN: BA134824) (Firearm No. 3), located on the sofa next the front door;

b)     A Hatsan Arms Company, Model Escort, 12-gauge shotgun (SN: 938032) (Firearm No. 4), located on the south wall to the west of the front door;

c)     A Glock, Model 35 Gen 4, .40 caliber pistol (SN: YNC666) (Firearm No.

3

5), which had a large-capacity magazine, loaded with 27 rounds of assorted .40 caliber ammunition, located under the sofa in the living room; and

d) A Canik, Model TP-9SF, 9mm caliber pistol (SN: 20AT29474) (Firearm No. 6), located in the northwest corner of the living room.

12. Law enforcement also found various rounds of ammunition and several magazines including 12-gauge shells, 9mm rounds, .40 caliber rounds, four (4) Glock 9mm magazines, and one (1) large-capacity, extended magazine in Hammond's residence.

13.  Law enforcement also found a suspected user quantity of marijuana.

14. Willie Rosado purchased the Hatsan 12-gauge shotgun (Firearm No. 4) twenty-one (21) days before the date of the search warrant, at a time when Hammond was a prohibited person.

15. Joel Sampson purchased the Glock .40 caliber pistol (Firearm No. 5) within a year before it was seized, at a time when Hammond was a prohibited person.

16. Nicholas Ellis purchased the Springfield nine-millimeter pistol (Firearm No. 3) approximately a year before the date of the search, at a time when Hammond was a prohibited person.

17. Neither Rosado, Sampson, nor Ellis resided with Hammond.

## B.   August 9, 2022, Shooting Incident

18. On August 9, 2022, a video on social media showed Hammond using a firearm to shoot at street signs while he was driving a car, at a time when Hammond was a prohibited person.

19. Hammond appeared to be using an AR-15 style firearm to shoot at road

signs in or near Boone, Iowa, as shown below.



20.    Law enforcement later found bullet holes in area road signs and recovered .223 caliber shell casings, which are used in an AR-15 firearm.

**C.    August 13, 2022, Seizure of Two Firearms**

21.    On August 13, 2022, law enforcement found Hammond in possession of two (2) more firearms.

22.    Specifically, law enforcement responded to a call about shots fired, and found Hammond and his girlfriend, SH, at a Kwik Star convenience store in Story City, Iowa.

23.    Law enforcement saw two (2) firearms in plain view in the car:

5

a)   a Canik, Model TP-9SF, 9mm pistol (SN: 21AT27125) (Firearm No. 1); and

b)   a Smith & Wesson, Model M&P 5, 5.56 x 45 caliber pistol (SN: TV56977) (Firearm No. 2).

24.   The Smith & Wesson (Firearm No. 2) pistol was warm, consistent with having recently being fired.

25.   The Smith & Wesson (Firearm No. 2) looked like the one Hammond was recorded firing in the video posted on social media.

26.   After law enforcement officers saw the firearms and left the scene, they learned Hammond was a prohibited person, sought out and found Hammond, arrested him, and seized the two (2) firearms.

27.   SH purchased the Canik (Firearm No. 1) eighteen (18) days before it was seized, at a time Hammond when was a prohibited person.

28.   SH purchased the Smith & Wesson (Firearm No. 2) ten (10) days before it was seized, at a time when Hammond was a prohibited person.

29.   Hammond was present when SH purchased firearms, at a time when he was legally prohibited from possessing them.

**D.   August 18, 2022, Search Warrant**

30.   On August 18, 2022, law enforcement executed another search warrant at Hammond's residence. SH was present.

31.   Hammond attempted to flush items down the toilet when law enforcement arrived.

32.   During the search, law enforcement located two additional firearms:

a)   a loaded Black Aces Tactical Model Pro Series L, 12-gauge shotgun (SN: 20-LA13085); and

b)   a loaded Glock Model 19 Gen 5, nine-millimeter pistol (SN: AGAR908). SH purchased this Glock 23 days before this search warrant was executed, at a time when Hammond was a prohibited person.[1]

33.   Law enforcement also found over four hundred (400) rounds of assorted ammunition, including two (2) fully loaded 30-round capacity magazines.

34.   During the search, law enforcement also found evidence of drug dealing, including:

a)   a silver scale;

b)   a marijuana grinder with suspected marijuana inside (not analyzed by the laboratory);

c)   two (2) clear smoking pipes;

d)   a Ziploc bag with a variety of pills, consistent in appearance with prescription pills;

e)   three (3) bags containing methamphetamine, with net weights of 5.35 grams, 1.75 grams, and 3.21 grams of methamphetamine, respectively; and

f)   three (3) bags containing marijuana. The bags of marijuana were laboratory-tested and found to have net weights of 2,707 grams, 13.08 grams, and 10.48 grams of marijuana, respectively.

35.   SH was *Mirandized* and questioned. She denied being aware that Hammond could not legally possess firearms, even though she was present when he was arrested on August 13, 2022, for illegally possessing firearms she had allegedly purchased.

---

[1] The Black Aces and Glock firearms listed in ¶ 32 were forfeited in Hammond's criminal case.

36.     At the time of Hammond's arrest and during the times he possessed the Defendant Property, he was a daily user of marijuana and methamphetamine, both of which are controlled substances under federal law.

37.     At the time of Hammond's arrest and during the times he possessed the Defendant Property, he was aware he was a prohibited person. Previously, on or about June 16, 2014, he had been convicted of a misdemeanor crime of domestic violence in the Iowa District Court for Story County, Iowa. All the firearms and ammunition seized are believed to have been manufactured outside of the State of Iowa and travelled in interstate commerce to reach this District.

38.     Law enforcement officers know from training and experience that people involved in illegal drug trafficking commonly possess firearms and ammunition to protect themselves, their illegal drugs, and their drug profits from other persons.

39.     Law enforcement officers know from training and experience that prohibited persons commonly conspire with, or are aided by, other people who acquire firearms in their own names and provide them to the prohibited person. This is known as a "straw purchase."

40.     Evidence discussed herein shows the Defendant Property consists of firearms and ammunition that were straw purchased for Hammond by other people when he was a prohibited person, that were provided for his use in drug trafficking in exchange for illegal drugs, and for other purposes.

### E.      Potentially Applicable Federal Criminal Laws

41.     At all times relevant to this Complaint, Hammond was a known user of

8

controlled substances, or a person addicted to them, which made it illegal under 18 U.S.C.§ 922(g)(3) for him to possess a firearm or ammunition, and for others to aid and abet or conspire with him to do so. 18 U.S.C. § 2(a).

42.     At all times relevant to this Complaint, Hammond's prior conviction of a misdemeanor crime of domestic violence on or about June 16, 2014, in Story County, Iowa, made it illegal under 18 U.S.C. § 922(g)(9) for him to thereafter possess a firearm or ammunition, and for others to aid and abet or conspire with him to do so. 18 U.S.C. § 2(a).

43.     Under 18 U.S.C. § 922(a)(6), it is a federal crime for a person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed dealer to knowingly make a false or fictious oral or written statement intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition, which includes representing that the firearm is being purchased by the person submitting such information when it is intended for another person.

44.     It is a federal crime for a person to sell or otherwise dispose of any firearm or ammunition to another person having reasonable cause to believe that such person is an unlawful user of or addicted to any controlled substance. 18 U.S.C. § 922(d)(3).

45.     It is a federal crime for a person to sell or otherwise dispose of any firearm or ammunition to another person having reasonable cause to believe such person has been convicted of a misdemeanor crime of domestic violence. 18 U.S.C. § 922(d)(9).

46.     It is a federal crime for a person to sell or otherwise dispose of any firearm

or ammunition to another person having reasonable cause to believe such person intends to sell or otherwise dispose of such firearm or ammunition in furtherance of a felony, a federal crime, or a drug trafficking offense. 18 U.S.C. § 922(d)(10).

47.     It is a federal crime for a person to possesses a firearm in furtherance of a drug trafficking crime. 18 U.S.C. § 924(c).

48.     It is a federal crime to purchase a firearm or ammunition from a licensed firearms dealer for another person known to be a drug user, addict, or dealer with the intent to transfer the firearm or ammunition to him, including in exchange for controlled substances for the drug user, addict, or dealer to use or possess. 18 U.S.C. § 922(d).

49.     Under 18 U.S.C. § 2(a), it is a federal crime to aid and abet a person to commit a federal crime, including those set forth above.

50.     Under 18 U.S.C. § 341, it is a federal crime to conspire with other people to commit a crime against federal law, including those set forth above.

### F.     Hammond's Federal Criminal Case

51.     On November 15, 2022, Tyler Hammond was indicted by a grand jury in this District on charges of being a person convicted of a misdemeanor crime of domestic violence in possession of a firearm in violation of 18 U.S.C. § 922(g)(9) and on charges of unlawfully possessing an unregistered destructive device, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871. *United States v. Hammond*, No. 4:22-CR-00177 (S.D. Iowa).

52.     On March 1, 2023, Hammond pled guilty to both charges.

53.     Hammond signed a Plea Agreement in which he consented to the forfeiture of a loaded, Glock, Model 19, 9mm handgun (SN: AGAR 908) and a loaded, Black Aces, Tactical 12-gauge shotgun (SN: 20-LA 13085). Plea Agreement at 8, *United States v. Hammond*, No. 4:22-CR-00177 (S.D. Iowa).

54.     On June 29, 2023, Hammond was sentenced to 36 months' imprisonment for Count One and 84-months' imprisonment on Count Two, to be served consecutively.

55.     On January 8, 2024, Hammond was conditionally granted compassionate release after he was diagnosed, while incarcerated, with terminal cancer.

## V.     COUNT ONE
## FORFEITURE UNDER 18 U.S.C. § 924(d)

56.     Plaintiff repeats and realleges each and every allegation set forth above.

57.     The United States has reason to believe the Defendant Property constitutes firearms and ammunition involved in or used in knowing violations of 18 U.S.C. § 922(g), willful violations of other provisions of 18 U.S.C. §§ 921-934, and violations of other criminal laws of the United States.

58.     As a result of the foregoing, the Defendant Property is forfeitable to the United States under 18 U.S.C. § 924(d).

## VI.     COUNT TWO
## FORFEITURE UNDER 21 U.S.C. § 881(a)(11)

59.     Plaintiff repeats and realleges each and every allegation set forth above.

60.     The United States has reason to believe the six (6) firearms included within the Defendant Property were used or intended to be used to facilitate the sale, receipt, and possession of controlled substances manufactured, distributed, dispensed,

and acquired in violation of applicable federal law.

61.     As a result of the foregoing, the six (6) firearms included within the listed

Defendant Property are forfeitable to the United States under 21 U.S.C. § 881(a)(11).

## VII.   CLAIM FOR RELIEF

WHEREFORE, the United States prays that the Defendant Property be forfeited

to the United States in this action and for such other and further relief as the Court

deems proper and just.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Attorney's Office
210 Walnut Street, Suite 455
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email:  craig.gaumer@usdoj.gov

## VERIFICATION

I, Brett R. Sink, hereby verify and declare under penalty of perjury that I am a Detective with the Story County Sheriff's Office, that I have read the foregoing Verified Complaint, that I know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except for those matters not within my own personal knowledge, and as to those matters, that I believe them to be true.

The sources of my knowledge and information and the grounds for my belief are my investigation in this case, the official files and records of the Story County Sheriff's Department, and information provided to me by the United States and other law enforcement officers.

Dated: July 17, 2024.

Brett R. Sink, Detective
Story County Sheriff's Office